FILED

12/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0432

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0432

_____

IN RE THE PARENTING OF

    G.L.M.S. and T.L.S.,

        Minor Children,

THOMAS STEIGER,

        Petitioner and Appellant,

    and

HOPE VANDELDEN,

        Respondent and Appellee.

                O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to Hope Vandelden, to all counsel of record, and to the Honorable Matthew J. Cuffe, District Judge.

                For the Court,

                Electronically signed by:
                Mike McGrath
                Chief Justice, Montana Supreme Court
                December 4 2024